**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7370**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL ANTHONY KENNEDY,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Henry M. Herlong, Jr., Senior District Judge.  (6:05-cr-00815-HMH-1)

Submitted:  January 17, 2019                    Decided:  January 23, 2019

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Anthony Kennedy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony Kennedy appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, although we grant Kennedy's application to proceed in forma pauperis, we affirm the district court's order. *See United States v. Kennedy*, No. 6:05-cr-00815-HMH-1 (D.S.C. Oct. 23, 2018); *see also Pepper v. United States*, 562 U.S. 476, 491 (2011); *United States v. Black*, 737 F.3d 280 (4th Cir. 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*